# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FELIX ADAMS, JR.

NO. 2021 KW 0649

OCTOBER 5, 2021

---

In Re:     Felix Adams, Jr., applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           540,658.

---

**BEFORE:    WHIPPLE, C.J., WOLFE AND HESTER, JJ.**

**WRIT DENIED.**

VGW
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT